# UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846 |
| | Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Farley v. Davol, Inc., et al.*
**Case No. 2:22-cv-3611**

## ORDER

On September 13, 2019, Plaintiff Jordan Farley filed a complaint in this multidistrict litigation ("MDL") (Case No. 19-cv-4055, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Bard Mesh hernia mesh patch, a product manufactured by Defendants. (*Id.*) On October 6, 2022, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Bard Mesh. (ECF No. 1.) On March 17, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 19-cv-4055. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

**IT IS SO ORDERED.**

4/17/2023                      s/Edmund A. Sargus, Jr.
DATE                         EDMUND A. SARGUS, JR.
                               UNITED STATES DISTRICT JUDGE